UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ELISARY,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO COUNTY JAIL,<br><br>    Defendant. | Case No. 18-01800 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:**   9/12/2018

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\00034Causey_judgment